## American Alkali Company to use v. Huhn, Appellant.

*Affidavit of defense—Practice, C. P.—Law of another state.*

The law of another state is a matter of fact to be proved when material in the case.

Where the statement of claim shows that the cause of action arose in New Jersey, an affidavit of defense which sets up a prima facie defense under the laws of that state, is sufficient to put the plaintiff to proof to the contrary.

Argued March 30, 1904. Appeal, No. 66, Jan. T., 1904, by defendants, from order of C. P. No. 5, Phila. Co., Sept. T., 1903, No. 1634, making absolute rule for judgment for want of a sufficient affidavit of defense in case of American Alkali Company to use of Arthur K. Brown, Receiver, v. George A.

Huhn et al., trading as George A. Huhn & Sons.   Before MITCHELL, C. J., FELL, BROWN, MESTREZAT and THOMPSON, JJ.   Reversed.

Rule for judgment for want of a sufficient affidavit of defense.

From the record it appeared that the suit was brought by the receiver, Arthur K. Brown, against holders of the preferred stock of the American Alkali Company for assessments on their stock.   The American Alkali Company is a corporation of the state of New Jersey.   The defendants filed an affidavit of defense in which they averred that under the law of New Jersey no personal liability is imposed upon the holder of preferred shares to pay calls by the directors not needed for the debts of the corporation, but the remedy of forfeiting and selling the shares provided by the New Jersey act was exclusive.

The court made absolute the rule for judgment for want of a sufficient affidavit of defense.

*Error assigned* was the order of the court.

*Clement B. Wood* and *Ellis Ames Ballard*, of *Shapley & Ballard*, with them *C. E. Morgan*, for appellants.

*Reynolds D. Brown*, with him *Malcolm Lloyd, Jr.*, and *Charles H. Burr, Jr.*, for appellee.

PER CURIAM, May 16, 1904:

The law of another state is a matter of fact to be proved when material in the case.   The cause of action here arose in New Jersey and the affidavit of defense which for purposes of judgment must be accepted as verity, sets up a prima facie defense under the law of that state, sufficient to put the plaintiff to proof to the contrary.

Judgment reversed and procedendo awarded.